AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **1:25-MJ-00459** |
| | ) | |
| EDOVICO VACA PEREZ | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____APRIL 11, 2025_____ in the county of _____HAMILTON_____ in the _____SOUTHERN_____ District of _____OHIO_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Re-entry of Removed Alien |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

*Bryan Meyer*
_____
*Complainant's signature*

BRYAN MEYER, Deportation Officer - ERO, ICE
*Printed name and title*

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date:  **May 21, 2025**
_____

*Stephanie K. Bowman*
_____
*Judge's signature*

City and state:  _____Cincinnati, Ohio_____      Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

**A F F I D A V I T**

I, Bryan Meyer, being duly sworn, do hereby depose and say:

1. I am a Deportation Officer (DO) with Enforcement and Removal Operations (ERO), a component of Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since November 2017.  I am currently assigned to the Homeland Security Task Force.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Edovico Vaca Perez (hereinafter referred to as "VACA"), charging him with violating Title 8, U.S.C. §1326 (a) Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C. §1326(b)(1). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from official documents, databases, other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

3. On April 11, 2025, I assisted the Cincinnati Police Department with a search warrant served on VACA.  The search warrant was conducted at 1916 Westmont Ln, Cincinnati, OH, 45205. VACA was encountered attempting and succeeding to flush cocaine down the toilet. VACA was charged by the Cincinnati Police Department for Tampering w/ Evidence, Trafficking in Drugs, Drug Abuse. An immigration detainer was placed on VACA after determining that he was in the United States illegally.  VACA was detained by the Cincinnati Police Department at the Hamilton County Jail.

1

4.      Following his indictment in Hamilton County Court of Common Pleas and subsequent release on bond from the Hamilton County Jail on May 1st, 2025, VACA was taken into ICE custody and served with a Form I-871 "Notice of Intent/Decision to Reinstate Prior Order" and a list of free legal service. VACA is currently being detained in ICE custody at the Butler County Jail.

5.      Based on my training and experience, I know that a DHS "A-File" is a file in which all immigration records are maintained for aliens admitted or found to be illegally present in the United States.   I also know that a DHS A-File usually contains forms, photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the DHS A-File is maintained.  The A-file corresponds with an "A-number", a unique number assigned to foreign nationals as they undergo proceedings through the United States immigration system. VACA's A-file is maintained under A-number 206 738 848. I know that in addition to A-files, DHS utilizes numerous databases and indices to store immigration related information that correlates with documents found in the A-file.

6.      On May 1, 2025 I reviewed the above mentioned databases, and determined the following:

a.      VACA is a citizen of Mexico.

b.      On or about March 24, 2015, VACA was ordered removed from the United States by a designated official. VACA was then officially removed from the United States on or about August 31, 2017, at or near Alexandria, Louisiana.

c.    On or about November 10, 2017, VACA was served an I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.  VACA was then officially removed from the United States on or about September 10, 2018, at or near San Luis, AZ.

d.    On or about October 30, 2020, VACA was served an I-871, Notice of Intent/Decision to reinstate Prior Order of Removal. VACA was then officially removed from the United States on or about October 30, 2020.

7.    I also reviewed DHS Indices that track lawful entries into the United States. Those indices indicated that VACA had not lawfully entered the United States, nor had he applied for nor obtained permission from the Attorney General of the United States or the designated successor or the Secretary of Homeland Security, to re-enter the United States legally since VACA had last been deported.

8.    On May 1, 2025, I also reviewed VACA's criminal history in the National Crime Information Center (NCIC) database. NCIC is a database used by local, state, and federal law enforcement agencies to record arrests and criminal convictions. Records are stored under a unique, fingerprint-based number known as an FBI number. I also cross-referenced VACA's NCIC records with judgement and conviction documents I was able to locate in his A-file. A review of the aforementioned databases and conviction documents revealed the following:

a.    On or about March 4, 2015, VACA was convicted of TRAFFICKING IN DRUGS, 2925-03A/ORCN, F1 and sentenced to 3 years by the Hamilton County Court of Common Pleas.

b.    On or about March 1, 2018, VACA was convicted of violating Title 8, U.S.C. §1326(a) Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C.

3

§1326(b)(1), a Class C felony offense. VACA was convicted by the United States District Court of Arizona. VACA was sentenced to 10 months and 2 years of supervised release.

     c.     On or about June 3, 2021, VACA was convicted of violating Title 8, U.S.C. §1326(a) Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C. §1326(b)(1), a Class C felony offense. VACA was convicted by the United States District Court/Southern District of Texas. VACA was sentenced to 24 months imprisonment.

     9.     Based on the foregoing facts, there is probable cause to believe that VACA has violated Title 8, U.S.C. §1326 (a): Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C. §1326 (b)(1).

_____
Bryan Meyer
Deportation Officer – ERO
Immigration and Customs Enforcement

Subscribed and sworn to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1, on May __21__, 2025

_____
HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE